65,555-19

Dr. Alex Melvin Wade, Jr.
Pro Se
Mark W. Stiles
3060 FM 3514
Beaumont, Texas 77705-7638

RECEIVED IN
COURT OF CRIMINAL APPEALS
OCT 23 2015
Abel Acosta, Clerk

IN THE COURT OF CRIMINAL APPEALS

FOR THE STATE OF TEXAS

AUSTIN, TEXAS

In Re: ALEX MELVIN WADE, JR.,
    Relator,

District Court No.: 729,136-H
In the 179th Judicial District Court
Harris County, Texas

## APPLICANT ALEX MELVIN WADE, JR.'S ORIGINAL PETITION FOR WRIT OF MANDAMUS

TO THE HONORABLE JUSTICES OF SAID COURT:

COMES NOW Alex Melvin Wade, Jr., Relator, pro se, in the above entitled numbered cause of action and files this his Original Petition for Writ of Mandamus pursuant to Vernon's Ann. Texas Const. art 5, Section 5, where the filing originated in the 179th Judicial District Court of Harris County, Texas in a petition for writ of Habeas Corpus, pursant to VACCP art. 11.07 and would show the following:

### I. RELATOR

Alex Melvin Wade, Jr., is an offender incarcerated in the Texas Department of Criminal Justice, (Mark W. Stiles Unit) 3060 FM 3514, Beaumont, Texas and is appearing pro se and who can be located at the above address.

1. Relator Alex Melvin Wade, Jr., filed his writ of habeas corpus proceeding in the Office of Chris daniel, Clerk for the Harrsi County, Texas District Court on July 31st, 2015. (See Exhibit "A" Letter indicating proof of filing of writ of Habeas Corpus pursuant to VACCP 11.07.)

Applicant seeks to have this Court issue mandamus to the Office of the clerk causing that office to invoke its misisterial duties pursuant to VACCP

11.07.

The Office of Chris Daniel, Clerk, Harris County, Texas District Court
by letter dated August 13th, 2015, stating the following:

> Your post conviction application for writ of Habeas Corpus was received and filed
> on 7/31/2015. Article 11.07 of the Texas code of Criminal Procedure affords the
> State 15 days in which to answer the application after having been served with
> said application. After the 15 days allowed the State to answer the application,
> the Court has 20 days in which it may order the designation of issues to resolve,
> if any. If the Court has not entered an order designating issues to be resolved
> within 35 days after the State having been served with the application, the applica-
> tion will be forwarded to the Court of Criminal Appeals for their consideration
> pursuant to Article 11.07, Sec. 3(c) of the Texas Code of Criminal Procedure.

The State filed its Original Answer on or about August 24th, 2015, with
attached Exhibits ("A" - "B") The State filed its State's Proposed finding of
facts Conclusion of law, and Order on or about the 24th of August 2015 and
acquired the jUdge's Signature on same day. Applicant filed his response to
the state's original answer immediately thereafter his receipt thereof of the
State's Original Answer.

Your Applicant filed in this Court and/or submitted to this Court a copy
of Applicant Alex Melvin Wade, Jr.,'s Amended Response to State's Answer. The
document was returned by applicant, marked through, received in Court of Appeall
September 25th, 2015. Abel Acosta, Clerk. This document accompained by cover
letter dated October 7th, 2015 states the following:

> After a thorough search of our record, we find that you do not have
> a QWrit of Habeas Corpus filed in the Court of Criminal Appeals at this
> time. If you have any further questions or concerns, please direct
> them to the District Clerk in the convicting county where you originally
> filed the application. (Exhibit "B", letter of this Office, Abel Acosta,
> Clerk of the Court of Criminal Appeals.)

-2-

## DUTIES OF THE OFFICE OF CHRIS DANIEL, CLERK, HARRIS COUNTY, TEXAS

Applicant writ of habeas corpus filed on July 31st, 2015, and TExas Code of Criminal Procedure 11.07 and their has been no order entered designating unresolved issues, the filing were to be transmitted to this Court 35 days from the date of filing of the writ of habeas corpus.

Therefore, Applicant's petition for writ of mandum is brought on pursuant to the letter from this Court, there is no writ of habeas corpus in that court. The record indicate the court clerk of Harris County, Texas has filed to file with the Office of the Clerk, Abel Acosta, the filing in the lower court and has not done so.

## CONCLUSION

For the foregoing reasons, Applicant prays this Honorable Court, issue mandamus commanding the Clerk, Chris Daniel, Harris County, Texas transmit to this Court the record from the lower court in cause number 729,136-H for adjudicating by this Court pursuant to Article 11.07, sec. 3(c), respectively.

Respectfully submitted,

Dr. Alex Melvin Wade, Jr.
Pro SE
Mark W. Stiles
3060 FM 3514
Beaumont, Texas 77705-7638

### CERTIFICATE OF SERVICE

I, Dr. Alex Melvin Wade, Jr., pro se herein hereby certify a true and correct copy of the foregoing Application for Writ of Mandamus has this ___10___ day of October 2015, postage prepaid and served upon the Office of Chris Daniel, Clerk, Harrsi County, Texas district Clerk Office, 1201 Franklin Street, 3rd Fl., Houston, Texas 77002.

Dr. Alex Melvin wade, Jr.
Pro Se

-3-



SHARON KELLER
PRESIDING JUDGE

LAWRENCE E. MEYERS
CHERYL JOHNSON
MIKE KEASLER
BARBARA P. HERVEY
ELSA ALCALA
BERT RICHARDSON
KEVIN P. YEARY
DAVID NEWELL
JUDGES

# COURT OF CRIMINAL APPEALS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

ABEL ACOSTA
CLERK
(512) 463-1551

SIAN SCHILHAB
GENERAL COUNSEL
(512) 463-1600

October 7, 2015

Alex M. Wade #1624189
Stiles Unit
3060 FM 3514
Beaumont, TX 77705

RE: Trial Court Case #729,136H

Dear Mr. Wade:

After a thorough search of our records, we find that you do not have a Writ of Habeas Corpus filed in the Court of Criminal Appeals at this time. If you have any further questions or concerns, please direct them to the District Clerk in the convicting county where you originally filed the application.

I am herewith returning your documents.

EXHIBIT "B"

Sincerely,

Abel Acosta, Clerk

AA/kd
Enclosure



# CHRIS DANIEL
## HARRIS COUNTY DISTRICT CLERK

August 13, 2015

ALEX MELVIN WADE # 1624189
MARK W. STILES UNIT
3060 FM 3514
BEAUMONT, TX 77705-7638

RE: CAUSE # 729136-H
179th District Court

Dear Applicant:

Your post conviction application for Writ of Habeas Corpus was received and filed on 7/31/2015. Article 11.07 of the Texas code of Criminal Procedure affords the State 15 days in which to answer the application after having been served with said application. After the 15 days allowed the State to answer the application, the Court has 20 days in which it may order the designation of issues to be resolved, if any. If the Court has not entered an order designating issues to be resolved within 35 days after the State having been served with the application, the application will be forwarded to the Court of Criminal Appeals for their consideration pursuant to Article 11.07, Sec. 3(c) of the Texas Code of Criminal Procedure.

The records of the office reflect the following:

| CAUSE NO. | PETITION FOR WRIT OF HABEAS CORPUS | DISPOSITION |
|---|---|---|
| 729136-A | 11/01/2006 | DENIED |
| 729136-B | 02/25/2009 | DISMISSED |
| 729136-C | 04/29/2009 | DENIED |
| 729136-D | 10/02/2013 | DISMISSED |
| 729136-E | 01/22/2014 | DISMISSED |
| 729136-F | 10/15/2014 | DISMISSED |
| 729136-G | 06/24/2015 | DISMISSED |

All future correspondence should indicate the above listed cause number.        EXHIBIT "A"

Sincerely,

Roxana Garcia, Deputy
Criminal Post Trial

CC: District Attorney
    Judge, Presiding Court

DECLARATION OF ALEX MELVIN WADE, JR., APPLICANT

I, Alex Melvin Wade, Jr., swears under the penalty of perjury that the facts and allegations in the above Application for Writ of Mandamus are true and correct.

Relator, Alex Melvin Wade, Jr., signed under the penalty of perjury, pursuant to Title 28 USC Sec. 1740 on this the 16th day of October 2015.

Alex Melvin Wade, Jr.,
Declarant

-4-